# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-60722

In re: ANTONIO CARROTHERS,

                              Movant

A True Copy
Certified order issued Nov 07, 2019

Tyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Motion for an order authorizing
the United States District Court for the
Northern District of Mississippi to consider
a successive 28 U.S.C. § 2254 application

Before ELROD, COSTA, and ENGELHARDT, Circuit Judges.

PER CURIAM:

      Antonio Carrothers, Mississippi prisoner # K4407, seeks authorization to file a successive 28 U.S.C. § 2254 application challenging his Mississippi state conviction for armed robbery. If granted authorization, Carrothers would argue that Mississippi's armed robbery statute is unconstitutional and that he did not satisfy the asportational requirement of the statute.

      A state prisoner seeking leave to file a successive § 2254 application must obtain authorization from this court. 28 U.S.C. § 2244(b)(3)(A). This court will grant authorization if the prisoner makes a prima facie showing that (1) his claims rely on a new, previously unavailable rule of constitutional law that was made retroactively applicable to cases on collateral review by the Supreme Court, or (2) the factual predicate for his claims could not have been discovered previously through due diligence and the underlying facts, if proven, would establish by clear and convincing evidence that, but for constitutional error, no

reasonable trier of fact would have found him guilty of the underlying offense. § 2244(b)(2), (b)(3)(C).

Because Carrothers challenged the constitutionality of Mississippi's armed robbery statute and his satisfaction of the asportational requirement in his initial § 2254 application, we decline to grant authorization to raise those claims in a successive § 2254 application. *See* § 2244(b)(1); *see also In re Flowers*, 595 F.3d 204, 205 (5th Cir. 2009).

Accordingly, IT IS ORDERED that Carrothers's motion for authorization to file a successive § 2254 application is DENIED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 07, 2019

Mr. David Crews
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Room 369
Oxford, MS 38655

    No. 19-60722   In re: Antonio Carrothers
                          USDC No. 3:19-CV-215

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694

cc w/encl:
    Mr. Antonio Carrothers